

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

May 18, 2020

**Via ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    SEC v. Carroll, et al.;
               No. 19 Civ. 7199 (AT)

Dear Judge Torres:

    Pursuant to the Court's Order, entered March 17, 2020 (DE 51), we respectfully write to provide a status report regarding the parallel criminal action, United States v. Carroll, 19 Cr. 545 (CM) (S.D.N.Y.) ("Criminal Case").

    On April 14, 2020, Chief Judge McMahon issued a decision and order in the Criminal Case denying Defendants Carroll's and Pappagallo's pretrial motions, including their motions to dismiss the indictment, for a bill of particulars, to compel early production of certain materials regarding one of the Government's witnesses and to require the Government to review certain files of an unrelated criminal case and the Securities and Exchange Commission (the "Commission").  At a scheduling conference that same day, the Criminal Case court set a trial date of January 25, 2021.

    The Commission will submit its next Status Report in 60 days.

                                         Respectfully submitted,

                                         s/  Nancy A. Brown

                                         Nancy A. Brown

cc:    All Defendants via ECF