USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

    --against--

MICHAEL A. CARROLL, MICHAEL V. PAPPAGALLO,
STEVEN A. SPLAIN, and MICHAEL MORTIMER,

           Defendants.

------------------------------------------------------------------x

No. 19 Civ. 7199 (AT)

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANTS MICHAEL A. CARROLL AND MICHAEL V. PAPPAGALLO

**PLEASE TAKE NOTICE**, that Defendants Michael A. Carroll and Michael V. Pappagallo are DISMISSED with prejudice from the Complaint brought by the Plaintiff Securities and Exchange Commission. This dismissal is made pursuant to Fed. R. Civ. P. 41(a)(1)(A). Neither Defendant Carroll nor Defendant Pappagallo has filed an answer or a motion for summary judgment.

Dated: July 19, 2021
       New York, New York

                                  Respectfully submitted,

                                  SECURITIES AND EXCHANGE COMMISION

SO ORDERED.

                              By:    _s/Nancy A. Brown_____
Dated: July 19, 2021
       New York, New York                  Nancy A. Brown

                                  200 Vesey Street, Suite 400
                                  New York, NY  10281-1022

_____
**ANALISA TORRES**
United States District Judge

                                  Attorney for Plaintiff